

## Original



## Original with English Translations