

**Original**

---

| | | |
|---|---|---|
| 2/14/1436 (Hijri/Islamic Calendar) | In the Name of God, the Compassionate the Merciful | The Islamic State |
| 12/6/2014 (Gregorian/Christian Calendar) | [The Banner of the Islamic State:] There is no God, but Allah Muhammad is the messenger of God | Ministry of Natural Resources Department of Antiquities |

No: 101

Money Voucher

I, who signed below: Abu-Sayyaf al-'Iraqi..................................................

Received from brother: Abu-Layth al-Dayri + Abu-'Abd-al-Rahman al-Tunisi............

A sum of [figure]: #2,960,000#

In writing: Two millions and nine hundred sixty thousand L/S [Syrian/Liras] only.......

Note: 20% of relics' value ...................................................................

It is sold in the territories of al-Khayr Province..................................................

The red stamp:
The Islamic State
The Caliphate State
Ministry of the Natural Resources – Antiquities
The President

Signature of the recipient         Signature of the submitter
Abu-Sayyaf                          Signature
Signature

**Note**: Names referenced throughout the attachments may be aliases.

**English Translation**



Original

| | | |
|---|---|---|
| 6/1/1436 (Hijri/Islamic Calendar) 3/21/2015 (Gregorian/Christian Calendar) | In the Name of God, the Compassionate the Merciful [The Banner of the Islamic State:] There is no God, but Allah Muhammad is the messenger of God | The Islamic State Ministry of Natural Resources Department of Antiquities No: 109 |

Money Voucher

I, who signed below: Abu-Sayyaf al-'Iraqi………………………………………

Received from brother: Abu-Layth al-Ansari (al-Dayri)………………………

A sum of [figure]: #161,000# $

In writing: One hundred sixty one thousand Dollars only……………………

Note: 20% of the relics …………………………………………………………..

[IL] the so called Mustafa Hammudi al-'Abd from Aleppo…………………….

The blue stamp
The Islamic State
The Caliphate State
Ministry of the Natural Resources – Antiquities
In charge of the workshops

The red stamp:
The Islamic State
The Caliphate State
Ministry of the Natural Resources – Antiquities
The President

Signature of the submitter
Signature

Signature of the recipient
Abu-Sayyaf al-'Iraqi
Signature

**Legend:**
"IL" = Illegible

English Translation



**Original**

| | | |
|---|---|---|
| 6/6/1436<br>(Hijri/Islamic Calendar)<br>3/26/2015<br>(Gregorian/Christian Calendar) | In the Name of God, the Compassionate the Merciful<br>[The Banner of the Islamic State:]<br>There is no God, but Allah<br>Muhammad is the messenger of God | The Islamic State<br>Ministry of Natural Resources<br>Department of Antiquities<br><br>No: 110 |

Money Voucher

I, who signed below: Abu-Sayyaf al-'Iraqi..............................................................

Received from brother: Abu-Layth al-Ansari (al-Dayri), in charge of the workshops......

A sum of [figure]: #40,000# $

In writing: Forty thousand Dollars only....................................................................

Note: 20% of [IL] seller ...........................................................................................

[IL] the relics of the so called Mahmud Mustafa [IL] Aleppo................................

| | |
|---|---|
| The blue stamp<br>The Islamic State<br>The Caliphate State<br>Ministry of the Natural Resources – Antiquities<br>In charge of the workshops | The red stamp:<br>The Islamic State<br>The Caliphate State<br>Ministry of the Natural Resources – Antiquities<br>The President |
| Signature of the submitter<br>Signature | Signature of the recipient<br>Abu-Sayyaf al-'Iraqi<br>Signature |

**English Translation**

**Legend:**
"IL" = Illegible

# Attachment B.4



**Original**

---

| The Islamic State Diwan of Natural Resources Antiquities Division | In the name of Allah, the merciful, the compassionate  Collection receipt | Date: *15 DEC 2014*  Number 103 | |
|---|---|---|---|
| I, the below signed: | *Abu-Sayyaf al-'Iraqi* | | |
| Received from the brother: | ▮▮▮▮▮▮▮▮▮▮ | | |
| The amount: | *191,560 SYP* | Written: | *One hundred ninety-one thousand five hundred sixty SYP exactly* |
| Notes: | *1/5th the value of the Antiquities Sold in Al Khayr governorate* | | |
| Recipient signature: [Signature] [Seal of the Diwan of Natural Resources, head of the workshop] | | Submitter signature: [Signature] [Seal of the Diwan of Natural Resources, head of Antiquities] | |

**English Translation**

**Legend**: "SYP" = Syrian Pound



**Original**

| | | |
|---|---|---|
| 2/23/1436 (Hijri/Islamic Calendar) 12/15/2014 (Gregorian/Christian Calendar) | In the Name of God, the Compassionate the Merciful [The Banner of the Islamic State:] There is no God, but Allah Muhammad is the messenger of God | The Islamic State Ministry of Natural Resources Department of Antiquities No: 104 |

Money Voucher

I, who signed below: Abu-Sayyaf al-'Iraqi............................................................

Received from brother: Abu-Layth al-Dayri + Abu-'Abd-al-Rahman al-Tunisi............

A sum of [figure]: #10,060 Dollars#

In writing: Ten thousand and sixty Dollars only...................................................

Note: 20% of relics' value ...............................................................................

It is sold in al-Khayr Province..........................................................................

| | |
|---|---|
| The blue stamp The Islamic State The Caliphate State Ministry of the Natural Resources – Antiquities In charge of the workshops | The red stamp: The Islamic State The Caliphate State Ministry of the Natural Resources – Antiquities The President |
| Signature of the submitter Signature | Signature of the recipient Signature |

**English Translation**