

**Original**

[The Banner of the Islamic State:]  The Islamic State
There is no God, but Allah  Ministry of Natural Resources
Muhammad is the messenger of God  Department of Antiquities No: 007
1/18/1436 (Hijri/Islamic Calendar)
11/11/2014 (Gregorian/Christian Calendar)

To the brothers at the checkpoints of the Islamic State
We would like to let you know that brother Abu-'Abd-al-Rhman al-Tunisi is authorized to do the following:
- To dig for relics in the territories of the Islamic State, to authorize suitable people and to supervise them.
- To arrest anyone who digs for relics without the authorization of Ministry of Natural Resources- Department of Antiquities.

The red stamp:
The Islamic State
The Caliphate State
Ministry of the Natural Resources – Antiquities
The President
The signature and name of Abu-Sayyaf al-'Iraqi

**English Translation**