# Attachment E-1



**Original**

---

[The Banner of the Islamic State:]　　　　　　　　　　The Islamic State
There is no God, but Allah　　　　　　　　　　　　　Diwan of Natural Resources
Illegible Hijri/Islamic Calendar Date　　　　　　　　Antiquities Division
11/21/2014 (Gregorian/Christian Calendar)　　　　　　Number:008

To Brothe ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ keep him.
Greetings,
We would like to remind you that the person in charge of the Antiquities Division in the Al Sham Wilayahs [ISIL Governorates in the Levant], shall be Abu-Sayyaf al-'Iraqi. The reason being is that he is very knowledgeable in this field, and that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ is a simpleton who can't manage the division. Moreover, people in the Levant who work in the field of antiquities are weak of faith and Abu-Sayyaf has experience in dealing with them.
God bless you.
21 NOV 2014
Your loving brother [a name is not discernible in the signature]

**English Translation**



**Original**

---

[The Banner of the Islamic State:]  
There is no God, but Allah  
2/14/1436 (Hijri/Islamic Calendar)  
12/06/2014 (Gregorian/Christian Calendar)

The Islamic State  
Ministry of Natural Resources  
Department of Antiquities No: 009

To the Governor of al-Khayr the kind Brother, Abu-Hafs al-Jazrawi, may God bless him. Peace, God's mercy and His blessings be upon you.

First: Brother, we would like to inform you that the brothers in the committee had assigned the department of antiquities in Levant officially to me. They gave us the red stamp of the department. Brother Hajji Hamid, the official in charge of Ministry of Natural Resources, is also aware of this decree. Therefore brother, we are in charge of all the antiquity pieces in the state of Levant, whether old or new, and to search for the people who sold relics before the State entered their territories and to collect the 20%. The sheikh and the brothers in the committee are aware of this too. We ask you to facilitate the task of the brothers that we sent out to your province to finish this task. God willing [IL] to reside at your location and God willing, we will discuss [IL] the matters that are related to oil and antiquities.

The red stamp:  
The Islamic State  
The Caliphate State  
Ministry of the Natural Resources – Antiquities  
The President  
The signature and name of Abu-Sayyaf al-'Iraqi

**English Translation**

**Legend**:  
"IL" = Illegible