## Attachment F



**Original**

---

| | |
|---|---|
| Ministry of Natural Resources<br>Department of Antiquities | The Islamic State<br>7/16/1436 (Hijri/Islamic Calendar)<br>05/05/2015 (Calculated Gregorian/Christian Calendar Date)<br>Number: |

In the Name of God, the Compassionate the Merciful

In the name of God and Prayers and peace be upon God's Messenger.

Some relics were confiscated that are comprised of: Five owls, 12 Shandara [*sic*] (black seal/stamp) [TN: The parentheses in the translation are also present in the original text.], four silver bracelets, five copper bracelets, one ruby, one Sassanid currency, six Hercules---Alexander silver, and 23 Roman quarter silvers.

The merchandise owners are ▇▇▇▇ and ▇▇▇▇▇▇ from al-Harijiyah. They purchased them from a number of people from different locations and most of them are located outside the territories of the Islamic State.

The question is: Does the 20% tax on these pieces apply to the merchants, ▇▇▇▇▇▇ ▇▇▇▇▇▇ because it is hard to reach the owners of the pieces or not?

Please give us advice on this case as soon as possible, and may God reward you all the best.

The red stamp:
The Islamic State
The Caliphate State
Ministry of the Natural Resources – Antiquities
The Vice President

Your brother: Abu-Mujahid al-Tunisi
Signature

**English Translation**

**Legend**:
"TN" = Translator Note
"Sic" = Transcribed exactly as found in source text