

**Original**

---

[The Banner of the Islamic State:]      The Islamic State
There is no God, but Allah      Ministry of Natural Resources
Illegible Hijri/Islamic Calendar Date      Department of Antiquities No: 001
10/16/2014 (Gregorian/Christian Calendar)

To the brothers in the Islamic State.
Allow the brother ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ to excavate and supervise the Antiquities.

1- The individual in charge of 'Ayyash area is ▮▮▮▮▮
2- The two individuals in charge of the 'Ayyash area are ▮▮▮▮▮
▮▮▮▮▮
3- The person in charge of Hamdan area is ▮▮▮▮▮

May God reward you
This letter is valid for 16 months from the issue date.
Your brother Abu-Sayyaf al-'Iraqi
[TC: stamp and signature]

**English Translation**