## Original

بسم الله الرحمن الرحيم

إلى الأخوة في اللجنة العامة المشرفة

السلام عليكم ورحمة الله وبركاته

بعد النظر في القضية التي تم تكليفنا بها من قبلكم وهي بيع مجموعة من الآثار و دفع الخمس لبيت المال و رفع المظلمة التي وقعت من أبو الليث (وهو أخ في ديوان الركاز)، تم الاستماع لشهادات أطراف القضية و كانت على الشكل الآتي:

### شهادة الطرف الأول

❖ (النساء صاحبات الآثار)

كنا سبع نساء نعمل في البحث عن الآثار في منطقة الصالحية الأثرية وكان ذلك قبل سنتين من الآن ، حيث بقينا نحفر لمدة ثماني أشهر بمعدات بسيطة (قزمات ) حيث حفرنا في (١٥ ) موقع ثم وجدنا الذهب .

بعد ذلك كلفنا شخصا من أقاربنا ببيعه و يدعى ▬▬▬ و هو والد الشاب الصغير (▬▬▬) الذي قام ( أبو الليث) باحتجازه ، وقام ▬▬▬ بإحضار تجار و دفعوا مبالغ تتراوح بين (١٢٠-١٨٠ ) ألف دولار لكننا لم نتفق على السعر ، و منذ فترة لم بأت تجار بسبب الخوف من الدولة لأنهم من ادلب و مناطق أخرى .

أتى إلينا (أبو الليث) لتحصيل الخمس أو شراء الآثار منا وإخراج الخمس وقال لنا إن الآثار قيمتها (٧٠) ألف دولار لكننا رفضنا ذلك وقلنا له بأن الآثار تساوي أكثر من هذا المبلغ بكثير، فقال لنا بأنه يستطيع أخذ الخمس من القطع الأثرية و الذهب و يترك القسم الخاص بنا (يأخذ جزء و يترك لنا أربع أجزاء) لكنا رفضنا ذلك بشدة.

وفي أحد الأيام سمعت أنا ▬▬▬ ) - إحدى النساء صاحبات الذهب — سمعت بأن الدولة أتت إلى بيت▬▬▬ فأتيت لأستطلع الأمر فرأيت سيارتين للدولة و خمس عناصر بعضهم ملثم و يحملون أسلحة و رأيت أبو الليث يحمل مسدس بيده و كان ذلك بعد المغرب، فسأل أبو الليث الحاضرين و قال لهم : أين ▬▬▬ ، فقلنا له ▬▬▬ في الكويت ، فقال لنا : لماذا هرب ؟ قلنا له : هو لم يهرب بل ذهب لتجديد إقامته ، فقال أبو الليث : أين الذهب ؟ قلنا له : إن الذهب مع إحدى النساء التي وجدته و قد ذهبت إلى تركيا ( قلنا هذا الكلام خوفا من أبو الليث ) ، عندها قام أبو الليث بإمساك (▬▬▬) و قام أحد العناصر بوضعه في السيارة ، وقال أبو الليث : سأخذ الولد إلى الرقة و لن أرجعه حتى تأتوا بالذهب ، وقد استمر اعتقال الولد لمدة ١٥ يوم ، وقد قام أبو الليث بالتردد علينا خمس مرات متفرقة إحداها اعتقال ▬▬▬.

❖ شهادة الشاب الصغير (▬▬▬)

اسمي ▬▬▬ مواليد ١٩٩٩ (١٦ سنة)، وقصتي مع أبو الليث أني أتيت إلى البيت عند المغرب فوجدت سيارتين أو ثلاثة للدولة و مجموعة من العناصر حوالي الخمسة، و كانوا مسلحين و كان أبو الليث بينهم و يحمل مسدس بيده، فقلت له : كيف تدخلون البيت على إخوتي الصغار وليس فيه أحد من والدي، فأمسكني أحد العناصر و لوى يدي و أدخلني في السيارة ، فجاء خالي ▬▬▬ و حاول التفاهم معهم وقال لهم لماذا تأخذونه؟ فقال أبو الليث : لا نتركه حتى يأتي الذهب ، ثم أتت النساء و تكلم معهم أبو الليث و قال لهم أحضروا الذهب و أنا آخذه إلى الرقة و أعطيكم ورقة ثم أحضر لكم المال ، قالوا له : عرض طلبنا (١٠٠) ألف دولار فكم تدفع ؟ قال لهم أبو الليث : الذهب لا يساوي أكثر من (٧٠) ألف ، فقال عماد : نحن نرضى بمبلغ (٧٠) ألف ، ادفع لنا الآن و خذ الذهب ، فلم يرد أبو الليث و رفض متابعة الحديث .

قاموا بوضعي في السيارة و قام أحدهم بضربي في السيارة و عصبوا عيناي من بيتي إلى (العشارة) ثم أخذوني إلى الرقة ووضعوني في شقة بالطابق الخامس، و في الشقة أتاني شخص من أقرباء أبو الليث و اسمه أبو راشد ووضع المسدس برأسي ، وكانت المعاملة جيدة إجمالا باستثناء موقف أبو راشد، و كانوا يلبون كافة احتياجاتي باستثناء منعي من رؤية أهلي لمدة (١٥) يوم .

### شهادة الطرف الثاني

❖ أبو الليث – أخ يعمل في ديوان الركاز

أنا أبو الليث من مدينة دير الزور، أسكن في قرية القصابي و كنت أعمل أمني ( مصدر ) مع الأخ أبو الفاروق ، لم أصل دورة شرعية أو عسكرية و أنا في ديوان الركاز منذ ٩ أشهر، زكاني أبو علي نعمات و أخذ مني البيعة الأخ أبو سياف العراقي ، كنت أعمل في السابق تاجر ألبسة ثم عملت في تجارة المواد الغذائية و لم أعمل لي أي شيء بخص الآثار قبل عملي في الركاز وكان لدي عدة سيارات و أوضاعي المادية جيدة قبل الانضمام إلى الدولة الإسلامية .

## English Translation

*In the Name of God, the Compassionate the Merciful*

To the brothers in the General Supervising Committee:
Peace, God's mercy and His blessings be upon you.

After looking into the case that you tasked us to do, which is the sale of a collection of relics, paying the 20% to the Treasury, and to lift the injustice that Abu-Layth has done (who is a brother at the Ministry of Natural Resources), the testimony of all parties was heard, and it was as the following:

**Testimonies of the first party**

The women who own the relics,

We were seven women who were looking for relics in al-Salihiyyah archeological site two years ago. We kept digging for eight months using simple equipments (pick axes). We dug in 15 locations and then we found the gold.

Later we tasked one of the relatives, ▬▬▬ to sell it. He is the father of the youngster, ▬▬▬ who was detained by Abu-Layth. ▬▬▬ brought merchants and they paid sums between $120-180 thousand, but we didn't agree on the price. Recently, no merchants came due to the fear from the State, because they are from Idlib and other regions.

Abu-Layth came to us to collect the 20% or to purchase the relics. He told us that the relics are worth $70 thousand, but we refused that, and said that the relics are worth way much more than that. He told us that he will take the 20% from the relics and the gold, and he will leave our share (take one part and leave four parts for us), but we refused that completely.

In one of the days, I, ▬▬▬ heard from one of the ladies who own the gold that the State had came to the house of ▬▬▬ I came to check and I saw two vehicles of the State and five members. Some of them had masked their faces and were carrying weapons. I also saw Abu-Layth holding a pistol in his hand. That was after the dusk. Abu-Layth asked the people present there, and asked them "Where is ▬▬▬?" We told him that ▬▬▬ is in Kuwait. Then, he asked us "Why did he run away?" We told him "He didn't run away, but he went to renew his residency!" Then, Abu-Layth said "Where is the gold?" We told him "One of the women who found it had the gold and she went to Turkey." We said this because of the fear from Abu-Layth. At that time, Abu-Layth arrested ▬▬▬ and one of the members put him in the vehicle. Abu-Layth said "I will take the boy to al-Raqqah, and I will not bring him back until you bring the gold. The arrest of the boy lasted for 15 days. Abu-Layth came to us on five separate times and one them was the arrest of ▬▬▬.

The testimony of the youngster ▬▬▬:

My name is ▬▬▬ born in 1999 (16 years old). My story with Abu-Layth is that I returned home around dusk and I saw two or three vehicles of the State and a group of about five members. They were armed. Abu-Layth was among them, and he was carrying a pistol in his hand. I told them "How come you enter the house on my young brothers while none of my parents are at home. One of the members grabbed me, twisted my arm and he put me in the vehicle. My uncle, ▬▬▬ came and he tried to reach a deal with them. He asked them "Why are taking him?" Then, Abu-Layth said "We will not let him go until the gold comes!" Then, the women arrived and Abu-Layth talked to them. He told them "Bring the Gold, I will take him to al-Raqqah, I will give you a paper, and then I will get you the money." They told him "We got an offer for $100 thousand, so how much are you going to pay?" Abu-Layth told them "The gold does not worth more than 70 thousand. Then, 'Imad said "We will accept the sum of 70 thousand, give it to us and take the gold. Abu-Layth did not reply and refused to continue the conversation.

They put me in the vehicle and one of them started beating me in the vehicle. They blindfolded me from my house to al-'Asharah. Then, they took me to al-Raqqah. They put me in an apartment on the fifth floor. At the apartment, a relative of Abu-Layth named Abu-Rashid came to me and he put a pistol to my head. In general, the treatment was good except for the stand with Abu-Rashid. They were responding to my requests, except for preventing me from seeing my family for 15 days.

Testimonies of the second party

Abu-Layth – He is a brother working at the Ministry of Natural Resources

I am Abu-Layth from the town of Dayr-al-Zur. I was residing in the village of al-Qasabi, and I was working as a security (source) with brother Faruq. I have not attended any Shari'ah-law or military courses. I have been with the Ministry of Natural Resources for the past nine months. I was recommended by Abu-'Ali Ni'mat, and brother Abu-Sayyaf al-'Iraqi received the oath of allegiance from me. I was previously selling clothes, and then I worked in selling food products. I never worked in anything related to antiquities before my work at the Natural Resources. I had a number of vehicles and my financial situation was good before joining the Islamic states.

## Original

[Arabic text content]

## English Translation

My job in the Natural Resources was among a group. Our task was to collect the 20% tax for the Treasury, and we were connected to Abu-Sayyaf directly. During our work in this field, we learned from one of our sources that there are relics and golden pieces at the custody of a person in the village of al-Duwayr, whose name is ▇▇▇. We went to ▇▇▇ and we took merchants to appraise the relics and to sell them in order to pay the 20% from it. The merchants paid sums between $10-30 thousand. Then, we offered them a sum of $50 thousand. Then we raised it to $70 thousand, but they did not accept this price. Currently, we are trying to communicate with merchants from Turkey via mediators and we might get a price close to $(200) thousand. Abu-Sayyaf previously gave me the sum of $130 thousand along with the receipts book in order to be given and to purchase the relics. All the receipts were sealed with his red stamp (see attachment number one) in order to reach a deal with the women and purchase the relics. I offered them $70 thousand only because, based on my estimate, they were not worth more than that. Abu-Sayyaf does not know that I offered them this sum only.

Concerning the detention of ▇▇▇ was the one who was creating obstacles for the sale deal, and he was convincing the women to ask for sums larger than what was offered to them. After ▇▇▇ ran away to Kuwait, Abu-Sayyaf ordered me to arrest the youngster, ▇▇▇ and then to release him after 15 days.

However, concerning me going to there with a pistol and arresting ▇▇▇ when we went to the house of ▇▇▇ we had his neighbor knock on the door so that we will not terrify them. After a short while, 'Ali arrived on a motorcycle. He was very upset, he started attacking us and he said "Why do you unexpectedly enter the house?" Then, one of the brothers grabbed him and put him the vehicle, and he is brother ▇▇▇. Concerning the threat of Abu-Rashid to the boy at the apartment, I know nothing about this subject. Abu-Rashid is the brother of my wife. He is a regular person and he is working with us at the Ministry of Natural Resources. I want to mention that all the purchase deals are done with the knowledge of brother Abu-Sayyaf al-'Iraqi and under his supervision.

### Summary of the case

- A group of women went to the archeological site of al-Salihiyyah, and they found a collection of relics and gold pieces. They gave the so called ▇▇▇ the authority to sell it. That was about two years ago.
- ▇▇▇ showed the relics to merchants. They offered them a price, the highest one was $180 thousand, but an agreement was not reached on the sale.
- The Ministry of the Natural Resources was informed that ▇▇▇ has relics. So, Abu-Layth went to him at the orders of Abu-Sayyaf to obtain the 20% or to purchase the pieces and get the 20% of it.
- Abu-Layth offered them $70 thousand, but the relics' owners didn't agree to this price.
- ▇▇▇ got afraid from the State and he traveled to Kuwait using the justification of renewing his residency.
- Abu-Layth went to the house of ▇▇▇ demanding the 20% or the relics. He couldn't find ▇▇▇ so he arrested his son ▇▇▇ for 15 days at the orders of Abu-Sayyaf until the relics are handed over.
- ▇▇▇ was released and the relics stayed with the women.

### Our findings about the case:

1- To put in place a clear and mandatory mechanism to take whatever found underground and to obtain the 20% from that to prevent procrastination and delays in the sale of relics.
2- To task trusted brothers in the Ministry of Natural Resources to sell the relics and to obtain the 20% from that.
3- To warn brother Abu-Sayyaf al-'Iraqi on the necessity of using trusted brothers and employees in the Natural Resources, by depending on the security apparatus to report the security studies on them.
4- To warn brother Abu-Sayyaf al-'Iraqi to avoid providing [receipt] books that are stamped with his own seal to anybody, not matter who he is, especially when it comes to the matters of sales and purchases.
5- To send Abu-Layth to the Shari'ah-law and military course, but finding a replacement for him.
6- To order Abu-Sayyaf and Abu-Layth to apologize from the family of the youngster, ▇▇▇ because they arrested him without any justification.

These are our findings, but God knows better.
Prayers and peace be upon our Prophet Muhammad, His family, and His companions.

A copy sent to the Ministry of Natural Resources
A copy sent to the General Supervising Committee.

Abu-Hazim al-Jazrawi
Sayf-al-Din al-Ansari
15/Rajab/1436
[05/04/2015]



The red stamp:
The Islamic State
The Caliphate State
Ministry of General Security
The Security General