

**Original**

---

[The Banner of the Islamic State:]  
There is no God, but Allah  
No. 029  
5/17/1436 (Hijri/Islamic Calendar)  
3/8/2015 (Gregorian/Christian Calendar)

The Islamic State  
Ministry of Natural Resources  
Department of Antiquities

To honorable brother ▮▮▮▮▮▮▮▮▮▮ may God bless him.

Peace and God's mercy be upon you,

Brother,

Please hand over the Ottoman piece of relics in you possession in order to sell it and benefit from it. The revenue should be transferred to the Treasury.

The red stamp:  
The Islamic State  
The Caliphate State  
Ministry of the Natural Resources – Antiquities  
The President

Your brother, Abu-Sayyaf al-'Iraqi  
Signature

**English Translation**