UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>ONE GOLD RING WITH CARVED GEMSTONE, AN ASSET OF ISIL, DISCOVERED ON ELECTRONIC MEDIA OF ABU SAYYAF, PRESIDENT OF ISIL ANTIQUITIES DEPARTMENT,<br><br>       Defendant. | Civil Action No. 16-02442 (TFH) |

## WARRANT OF ARREST *IN REM*

TO: THE ATTORNEY GENERAL OF THE UNITED STATES OR HIS DULY AUTHORIZED REPRESENTATIVE

  WHEREAS, on or about December 15, 2016, the United States of America filed a Verified Complaint for Forfeiture *in Rem* ("Verified Complaint") in the United States District Court for the District of Columbia, alleging that the above-captioned Defendant property is a foreign asset of the Islamic State of Iraq and the Levant ("ISIL") and a foreign asset which affords ISIL a source of influence, and is therefore subject to seizure and civil forfeiture to the United States pursuant to 18 U.S.C. § 2332b(g)(5); and

  WHEREAS, the Court, having reviewed the Verified Complaint and the attached Motion for Issuance of Warrant of Arrest *in Rem* and Supporting Memorandum of Law, hereby finds, in accordance with Rule G(3)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"), that there is probable cause to believe that

the defendant property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(G)(i) and that the property is currently located in Turkey;

WHEREAS, Supplemental Rule G(3)(b)(ii) provides that upon a finding of probable cause, the Court must issue a warrant to arrest the property if, as in the instant case, it is not in the government's possession, custody, or control and is not subject to a judicial restraining order;

WHEREAS, Supplemental Rule G(3)(c)(i) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it, who may be: a marshal or any other United States officer or employee; someone under contract with the United States; or someone specially appointed by the court for that purpose;

WHEREAS, Supplemental Rule G(3)(c)(iv) provides that if executing a warrant on property outside the United States, the warrant may be transmitted to an appropriate authority for serving process where the property is located;

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest the Defendant Property as soon as practicable by transmitting a copy of this Warrant for Arrest *in Rem* to the appropriate Turkish authorities for service on the custodian in whose possession, custody or control the property is presently found.

YOU ARE FURTHER COMMANDED to request that the appropriate Turkish authorities detain or seize the Defendant property; prevent its sale, transfer, or alienation; and release such property into the custody of the Government of the United States or maintain such property during the pendency of this proceeding, or until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

**SO ORDERED.**

January 26, 2018

_____
THOMAS F. HOGAN
SENIOR UNITED STATES DISTRICT JUDGE