## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Civil Action No. 1:16-02442 (TFH) |
| | ) | |
| **ONE GOLD RING WITH CARVED GEMSTONE, AN ASSET OF ISIL, DISCOVERED ON ELECTRONIC MEDIA OF ABU SAYYAF, PRESIDENT OF ISIL ANTIQUITIES DEPARTMENT;** | ) ) ) ) ) ) | |
| | ) | |
| **ONE GOLD COIN FEATURING ANTONINUS PIUS, AN ASSET OF ISIL, DISCOVERED ON ELECTRONIC MEDIA OF ABU SAYYAF, PRESIDENT OF ISIL ANTIQUITIES DEPARTMENT;** | ) ) ) ) ) ) | |
| | ) | |
| **ONE GOLD COIN FEATURING EMPEROR HADRIAN AUGUSTUS CAESAR, AN ASSET OF ISIL, DISCOVERED ON ELECTRONIC MEDIA OF ABU SAYYAF, PRESIDENT OF ISIL ANTIQUITIES DEPARTMENT;** | ) ) ) ) ) ) ) | |
| | ) | |
| **ONE CARVED NEO-ASSYRIAN STONE STELA, AN ASSET OF ISIL, DISCOVERED ON ELECTRONIC MEDIA OF ABU SAYYAF, PRESIDENT OF ISIL ANTIQUITIES DEPARTMENT;** | ) ) ) ) ) ) ) | |
| | ) | |
| **ONE GOLD BROOCH WITH A CAMEO OF MINERVA, AN ASSET OF ISIL, DISCOVERED ON ELECTRONIC MEDIA OF ABU SAYYAF, PRESIDENT OF ISIL ANTIQUITIES DEPARTMENT;** | ) ) ) ) ) ) ) | |
| | ) | |

**ONE GOLD NECKLACE WITH A** )
**COIN FEATURING EMPEROR** )
**GORDIAN III, AND A MATCHING** )
**BROOCH WITH AN INSET,** )
**UNDECORATED STONE,  AN ASSET** )
**OF ISIL, DISCOVERED ON** )
**ELECTRONIC MEDIA OF ABU** )
**SAYYAF, PRESIDENT OF ISIL** )
**ANTIQUITIES DEPARTMENT;** )
  )
　　　　　**Defendants.** )

# CASE STATUS REPORT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully states as follows:

1. On December 15, 2016, the government filed its Verified Complaint for Forfeiture *In Rem*. *See* ECF 1.

2. On December 6, 2017, the government filed a motion for an arrest warrant *in rem* to seize one of the defendant properties, which is currently located in Turkey. *See* ECF 5.

3. On December 6, 2017, the government filed its amended Verified Complaint for Forfeiture *In Rem*. *See* ECF 6.

4. On January 29, 2018, this Court issued a warrant for arrest *in rem* for defendant property #1. *See* ECF 9.

5. The government is in the process of making a mutual legal assistance treaty request to Turkey in order to transfer defendant property #1 to the United States. The government has been advised that a lengthy period of time may elapse before the request is adjudicated upon by Turkish authorities.

WHEREFORE, the government respectfully requests leave to submit a status report regarding the status of the case no later than September 12, 2018.

        Respectfully submitted,

        JESSIE K. LIU
        United States Attorney

By:    */s/ Zia M. Faruqui*_____
        Zia M. Faruqui, D.C. Bar No. 494990
        Assistant United States Attorney
        United States Attorney's Office
        555 Fourth Street, N.W., 4th Floor
        Washington, D.C.  20530
        (202) 252-7117