# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Civil Action No. 1:16-02442 (TFH) |
| | ) | |
| **ONE GOLD RING WITH CARVED GEMSTONE, AN ASSET OF ISIL, DISCOVERED ON ELECTRONIC MEDIA OF ABU SAYYAF, PRESIDENT OF ISIL ANTIQUITIES DEPARTMENT;** | ) | |
| | ) | |
| **ONE GOLD COIN FEATURING ANTONINUS PIUS, AN ASSET OF ISIL, DISCOVERED ON ELECTRONIC MEDIA OF ABU SAYYAF, PRESIDENT OF ISIL ANTIQUITIES DEPARTMENT;** | ) | |
| | ) | |
| **ONE GOLD COIN FEATURING EMPEROR HADRIAN AUGUSTUS CAESAR, AN ASSET OF ISIL, DISCOVERED ON ELECTRONIC MEDIA OF ABU SAYYAF, PRESIDENT OF ISIL ANTIQUITIES DEPARTMENT;** | ) | |
| | ) | |
| **ONE CARVED NEO-ASSYRIAN STONE STELA, AN ASSET OF ISIL, DISCOVERED ON ELECTRONIC MEDIA OF ABU SAYYAF, PRESIDENT OF ISIL ANTIQUITIES DEPARTMENT;** | ) | |
| | ) | |
| **ONE GOLD BROOCH WITH A CAMEO OF MINERVA, AN ASSET OF ISIL, DISCOVERED ON ELECTRONIC MEDIA OF ABU SAYYAF, PRESIDENT OF ISIL ANTIQUITIES DEPARTMENT;** | ) | |
| | ) | |

| | |
|---|---|
| **ONE GOLD NECKLACE WITH A** | ) |
| **COIN FEATURING EMPEROR** | ) |
| **GORDIAN III, AND A MATCHING** | ) |
| **BROOCH WITH AN INSET,** | ) |
| **UNDECORATED STONE, AN ASSET** | ) |
| **OF ISIL, DISCOVERED ON** | ) |
| **ELECTRONIC MEDIA OF ABU** | ) |
| **SAYYAF, PRESIDENT OF ISIL** | ) |
| **ANTIQUITIES DEPARTMENT;** | ) |
| | ) |
| **Defendants.** | ) |

## CASE STATUS REPORT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully states as follows:

1. On December 15, 2016, the government filed its Verified Complaint for Forfeiture *In Rem*. *See* ECF 1.

2. On December 6, 2017, the government filed a motion for an arrest warrant *in rem* to seize one of the defendant properties, which is currently located in Turkey. *See* ECF 5.

3. On December 6, 2017, the government filed its amended Verified Complaint for Forfeiture *In Rem*. *See* ECF 6.

4. On January 29, 2018, this Court issued a warrant for arrest *in rem* for defendant property #1. *See* ECF 9.

5. On March 12, 2018, the government filed a notice of case status. *See* ECF 10.

6. On May 8, 2018, the government filed a declaration regarding the completion of service by publication. *See* ECF 11.

7. The government continues to seek the location of defendant property 1 and is attempting to seek its transfer to U.S. authorities.

8. If the government is unable to obtain defendant property 1 or make progress in doing so, the government will move for an order of default judgment.

WHEREFORE, the government respectfully requests leave to submit a status report regarding the status of the case no later than March 12, 2018.

Respectfully submitted,

JESSIE K. LIU
United States Attorney

By: */s/ Zia M. Faruqui*
Zia M. Faruqui, D.C. Bar No. 494990
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 252-7117