UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Civil Action No. 16-cv-02442-TFH |
| | ) | |
| **ONE GOLD RING WITH CARVED GEMSTONE, AN ASSET OF ISIL, DISCOVERED ON ELECTRONIC MEDIA OF ABU SAYYAF, PRESIDENT OF ISIL ANTIQUITIES DEPARTMENT;** | ) ) ) ) ) ) | |
| | ) | |
| **ONE GOLD COIN FEATURING ANTONINUS PIUS, AN ASSET OF ISIL, DISCOVERED ON ELECTRONIC MEDIA OF ABU SAYYAF, PRESIDENT OF ISIL ANTIQUITIES DEPARTMENT;** | ) ) ) ) ) ) | |
| | ) | |
| **ONE GOLD COIN FEATURING EMPEROR HADRIAN AUGUSTUS CAESAR, AN ASSET OF ISIL, DISCOVERED ON ELECTRONIC MEDIA OF ABU SAYYAF, PRESIDENT OF ISIL ANTIQUITIES DEPARTMENT;** | ) ) ) ) ) ) ) | |
| | ) | |
| **ONE CARVED NEO-ASSYRIAN STONE STELA, AN ASSET OF ISIL, DISCOVERED ON ELECTRONIC MEDIA OF ABU SAYYAF, PRESIDENT OF ISIL ANTIQUITIES DEPARTMENT;** | ) ) ) ) ) ) | |
| | ) | |
| **ONE GOLD BROOCH WITH A CAMEO OF MINERVA, AN ASSET OF ISIL, DISCOVERED ON ELECTRONIC MEDIA OF ABU SAYYAF, PRESIDENT OF ISIL ANTIQUITIES DEPARTMENT; and** | ) ) ) ) ) ) | |

| | |
|---|---|
| **ONE GOLD NECKLACE WITH A COIN FEATURING EMPEROR GORDIAN III, AND A MATCHING BROOCH WITH AN INSET, UNDECORATED STONE, AN ASSET OF ISIL, DISCOVERED ON ELECTRONIC MEDIA OF ABU SAYYAF, PRESIDENT OF ISIL A** | ) ) ) ) ) ) ) ) ) |
| **Defendants.** | ) |

## AFFIDAVIT IN SUPPORT OF DEFAULT

1. I am the attorney of record for the plaintiff United States of America in the above-captioned case.

2. This declaration is executed by me in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling the plaintiff to obtain an entry of default against the above captioned defendant properties, as no potential claimants have claimed an interest or otherwise defended the action.

3. The plaintiff commenced this forfeiture action *in rem* against the defendant properties by filing a verified complaint for forfeiture on December 15, 2016. *See* Complaint, ECF No. 1

4. The plaintiff filed an amended complaint for forfeiture on December 6, 2017. *See* Amended Complaint ECF No. 6

5. On January 29, 2018, the defendant properties were served with process by the execution of a warrant of arrest *in rem*.

6. The government gave notice of this action to all known potential claimants pursuant to the procedures set forth in Rule G(4) of the Supplemental Rules For Admiralty Or Maritime Claims And Asset Forfeiture Actions ("Supplemental Rule").

7.      Supplemental Rule G(4)(b) requires the government to "send notice of the action and a copy of the complaint to any person who reasonably appears to be a potential claimant." Fed. R. Civ. P. Supp. R. G(4)(b).  The government is unaware of any potential claimants, and thus, sent no direct notice.

8.      Supplemental Rule G(4)(a) also requires the government to publish notice of the forfeiture "to an official internet government forfeiture site for at least 30 consecutive days." Fed. R. Civ. P. Supp. R. G(4)(a)(iv)(C).  On March 1, 2018, the government began posting such notice on an internet site, http://www.forfeiture.gov, for 30 consecutive days.  Any verified claim in response to the notice by internet publication to be filed no later than May 1, 2018.  *See* Fed. R. Civ. P. Supp. R. G(5)(a)(ii)(B); Service by Publication, ECF No. 11.

9.      No party may contest the government's allegation that the defendant properties is subject to forfeiture, because:  (1) there is no claim on the record to the defendant properties; (2) the time for filing a claim has expired, and no extensions of time were given, and (3) no person who reasonably appeared to be a potential claimant is an infant of incompetent person.

10.     Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

11.     The Clerk is requested to enter Default against the defendant properties and all parties that might have an interest in it.

12. Executed this 12th day of March, 2019, by undersigned counsel for plaintiff the United States of America.

Respectfully submitted,

JESSIE K. LIU
United States Attorney

By: _____/s/_____
Zia Faruqui, D.C. Bar No. 494990
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
202-252-7117
Zia.Faruqui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA