**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA    )
    )
    )
          **Plaintiff,**    )
      v.    )      **Civil Action No. 1:16-02442 (TFH)**
    )

**ONE GOLD RING WITH CARVED
GEMSTONE, AN ASSET OF ISIL,
DISCOVERED ON ELECTRONIC
MEDIA OF ABU SAYYAF,
PRESIDENT OF ISIL ANTIQUITIES
DEPARTMENT;**

**ONE GOLD COIN FEATURING
ANTONINUS PIUS, AN ASSET OF
ISIL, DISCOVERED ON
ELECTRONIC MEDIA OF ABU
SAYYAF, PRESIDENT OF ISIL
ANTIQUITIES DEPARTMENT;**

**ONE GOLD COIN FEATURING
EMPEROR HADRIAN AUGUSTUS
CAESAR, AN ASSET OF ISIL,
DISCOVERED ON ELECTRONIC
MEDIA OF ABU SAYYAF,
PRESIDENT OF ISIL ANTIQUITIES
DEPARTMENT;**

**ONE CARVED NEO-ASSYRIAN
STONE STELA, AN ASSET OF ISIL,
DISCOVERED ON ELECTRONIC
MEDIA OF ABU SAYYAF,
PRESIDENT OF ISIL ANTIQUITIES
DEPARTMENT;**

**ONE GOLD BROOCH WITH
A CAMEO OF MINERVA, AN ASSET
OF ISIL, DISCOVERED ON
ELECTRONIC MEDIA OF ABU
SAYYAF, PRESIDENT OF ISIL
ANTIQUITIES DEPARTMENT;**

**ONE GOLD NECKLACE WITH A** )
**COIN FEATURING EMPEROR** )
**GORDIAN III, AND A MATCHING** )
**BROOCH WITH AN INSET,** )
**UNDECORATED STONE,  AN ASSET** )
**OF ISIL, DISCOVERED ON** )
**ELECTRONIC MEDIA OF ABU** )
**SAYYAF, PRESIDENT OF ISIL** )
**ANTIQUITIES DEPARTMENT;** )
                                                      )
                    **Defendants.** )

## CASE STATUS REPORT

The United States, by and through its attorney, the United States Attorney for the District

of Columbia, hereby respectfully states as follows:

1.      On December 15, 2016, the government filed its Verified Complaint for

Forfeiture *In Rem.  See* ECF 1.

2.      On December 6, 2017, the government filed a motion for an arrest warrant *in rem*

to seize one of the defendant properties, which is currently located in Turkey.  *See* ECF 5.

3.      On December 6, 2017, the government filed its amended Verified Complaint for

Forfeiture *In Rem.  See* ECF 6.

4.      On January 29, 2018, this Court issued a warrant for arrest *in rem* for defendant

property #1.  *See* ECF 9.

5.      On March 12, 2018, the government filed a notice of case status.  *See* ECF 10.

6.      On May 8, 2018, the government filed a declaration regarding the completion of

service by publication.  *See* ECF 11.

7.      The government continues to seek the location of defendant property 1; however,

the continued search for this property does not require the instant litigation to remain active.

8.      As such, the government will move for an order of default judgment after the clerk enters default.

Respectfully submitted,

JESSIE K. LIU
United States Attorney

By:     */s/ Zia M. Faruqui*_____
Zia M. Faruqui, D.C. Bar No. 494990
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., 4th Floor
Washington, D.C.  20530
(202) 252-7117