UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Civil Action No. 16-cv-02442-TFH |
| ) | |
| ONE GOLD RING WITH CARVED ) | |
| GEMSTONE, AN ASSET OF ISIL, ) | |
| DISCOVERED ON ELECTRONIC ) | |
| MEDIA OF ABU SAYYAF, ) | |
| PRESIDENT OF ISIL ANTIQUITIES ) | |
| DEPARTMENT, *et al.* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
JUDGMENT AND ORDER OF FORFEITURE**

***COMES NOW***, plaintiff, the United States of America, by and through the United States Attorney for the District of Columbia, and respectfully moves for entry of a default judgment in plaintiff's favor and an order of forfeiture of the defendant *in rem* to the United States on the grounds set forth in the Verified Amended Complaint for Forfeiture *In Rem*, which was filed on December 6, 2017. *See* Amended Complaint, ECF No. 6.

No potential claimants have claimed an interest or otherwise defended the action. On March 15, 2019, the Clerk of the Court entered Default. *See* Clerk's Entry of Default, ECF 16. As a result, plaintiff now seeks to resolve this litigation by moving for a Default Judgment and an Order of Forfeiture. As grounds for its motion, plaintiff cites 18 U.S.C. § 983(a)(4)(A), Fed. R. Civ. P. 55, and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

A proposed order accompanies this motion, as does a Memorandum of Points and Authorities in support of it. As set forth more fully in that memorandum, there is no other party whose position to this motion can be stated here.

**WHEREFORE**, the United States respectfully prays this Honorable Court to grant this motion and to enter the attached proposed order.

Respectfully submitted,

JESSIE K. LIU,
UNITED STATES ATTORNEY

By:   */s/Zia M. Faruqui*
Zia M. Faruqui, D.C. Bar No. 494990
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7117
zia.faruqui@usdoj.gov